**MEMO ENDORSED**



| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AMY N. OKEREKE<br>*Assistant Corporation Counsel*<br>(212) 788-9790<br>(212) 788-9776 (fax)<br>aokereke@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

November 7, 2007

**BY HAND**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



RECEIVED NOV - 8 2007 CHAMBERS OF DENISE COTE

    Re:   Patrick Willis v. City of New York, et al.
           07 Civ. 9240 (DLC)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. Defendant respectfully requests that its time to respond to the complaint in this action be extended for sixty days from November 7, 2007 to January 7, 2008. Plaintiff's counsel consents to this request on the condition that defendant waive any statute of limitations or jurisdictional defenses which may be implicated due to this request. Defendant does not agree to this condition.

       Plaintiff alleges that New York City Police Officers unlawfully entered his home, and subsequently falsely arrested and maliciously prosecuted him, following an incident on August 16, 2006. Plaintiff further alleges that the criminal charges against him were dismissed on November 28, 2006. An enlargement of time will give this office the opportunity to investigate these allegations in accordance with our obligations under Rule 11 of the Federal Rules of Civil Procedure. Accordingly, this office has forwarded to plaintiff for execution a consent and authorization for the release of records relating to his arrest that may have been sealed pursuant to New York Criminal Procedure Law § 160.50. This executed release is necessary for our office to obtain the District Attorney, Criminal Court, and police records pertaining to plaintiff's arrest and prosecution, so that we may acquire as much information as possible concerning this matter in order to properly assess the case and respond to the complaint.

       No previous request for an extension has been made in this action. Accordingly, we respectfully request that defendant's time to respond to the complaint be extended until January 7, 2007.

*Granted.*
*[signature] Denise Cote*
*November 19, 2007*

- 2 -

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

Amy N. Okefeke (AO 3250)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Arlen S. Yalkut, Esq.
    Attorney for Plaintiff (by fax)