UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

PATRICK WILLIS,

                Plaintiff,

        -v-

THE CITY OF NEW YORK and "JOHN DOE" POLICE OFFICERS INDIVIDUALLY TRUE NAMES UNKNOWN,

                Defendants.

------------------------------------------------------------------- -X

07 CIV. 9240 (DLC) (MHD)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ _____ |

*   Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York
              April 14, 2008

                                                                DENISE COTE
                                                             United States District Judge