UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PATRICK WILLIS,                          :
            Plaintiff,                              **ORDER**
                                         :
      -against-                          **07 Civ. 9240 (DLC)(MHD)**
                                         :
CITY OF NEW YORK, et al.,
                                         :
            Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

DATE FILED: 4/16/08

      It is hereby

      ORDERED that a settlement conference in the above-captioned

action has been scheduled for **THURSDAY, JUNE 5, 2008, at 10:00 AM**,

at which time you are directed to appear in Courtroom 17D, 500

Pearl Street, New York, New York 10007-1312. Any requests for

adjournment of this scheduled conference must be in writing, with

copies to all other parties, and must be preceded by reasonable

efforts by the requesting party to obtain the consent of those

parties.

1

Dated: New York, New York
       April 16, 2008


                              SO ORDERED.


                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE



Copies of the foregoing Order have been mailed today to:


Arlen S. Yalkut, Esq.
Yalkut, Saltzman & Israel
175 Main Street Suite 410
White Plains, NY 10601

Amy Nkema Okereke, Esq.
New York City Law Department
100 Church Street
New York, NY 10007