The People of The State of New York VS

| | | |
|---|---|---|
| Last Name | First Name | M.I. |
| Willis | Patrick | |
| Street Address | | Apt. No. |
| 106 WEST 142 street | | 58 |
| City | State | Zip Code |
| NEW YORK | NY | 10030 |

ID Number: 
Date of Birth: MO 7 DAY 05 YR 80
Sex: m

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

Time: 12:13 AM (X)
Date of Offense: 8/16/06
County: NY
Precinct: 032

Place of Occurrence: 106 W 142nd ST

IN VIOLATION OF — Penal Code (X)
Sec 24 Sub 521

Description of Violation: **Unlawful Eviction**

The person described above is summoned to appear at CRIMINAL COURT
Located at: 346 Broadway
Summons Part: II
County: NY

Date of Appearance: 9:30 a.m., 17 day of OCT year 2006

Rank and Signature of Complainant: PO C Rijo

Complainant's Full Name (Printed): PO C. RIJO
Command Code: 032

Agency/NCIC: NYPD
Squad: Imp
Tax Registry No: 941127

Name: ———— REFUSED ————

at time, place of occurance defendant proceeded to lock out a lawfully resd tenant by changing the locks and not providing tenant with new set of keys.

WARRANT CHECK   ☒ Yes   ☐ No   NO HIT

I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE CHARGED HEREIN. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW, AFFIRMED UNDER PENALTY OF PERJURY

8/10/04          PO Clyfe
Date              Signature

### DEFENDANT DESCRIPTION

Eye Color BRN   Hair Color BRWN   Ethnicity BLK
Ht. 6'0   Wt. 200   Phone # ——

### ARRAIGNMENT

Defendant pleads   ☐ Guilty   ☐ Not Guilty

Date              Judge

① 

② 

x 4 2 9 1 3 4 1 3 4 9 x

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 13235

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**WILLIS, PATRICK**
DEFENDANT

07/05/1980
DATE OF BIRTH

**106 W 142ND ST APT 5B 5B**
ADDRESS

| **NEW YORK** | **NY** | **10030-1689** |
|---|---|---|
| CITY | STATE | ZIP |

08/16/2006
ISSUE DATE

DOCKET NUMBER: 2006SN125164

SUMMONS NUMBER: 4291341349

**AC 26-521 AM**
ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|---|---|---|---|
| 11/28/2006 | DISMISSED | KORETZ,E | SAP2A |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

_____  08/06/2007   FEE: $10.00
COURT OFFICIAL SIGNATURE AND SEAL   DATE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)