# 615 LENOX HARDWARE, INC.
615 Lenox Avenue
NEW YORK, NY 10037
(212) 491-3262

| CUSTOMER'S ORDER NO. | PHONE | DATE 8/18/06 |
|---|---|---|
| NAME | Patrick | |
| ADDRESS | 106 W 142 Street Apt. 5B NYC 10030 | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Installed Jimmy Proof Lock | | 90 00 |
| | Repaired Door To Receive Lock | | 50 00 |
| 2 | Installed Mortise Lock Set | | 69 00 |
| | Paid Cash | | |
| | | Total | 209 00 |
| | | TAX | 18 02 |
| RECEIVED BY | | TOTAL | 227 02 |

**NO CASH REFUNDS**

3256    NEBS To Reorder:    *Thank You*
800-225-6380 or nebs.com

**PF FURNITURE INC.**
# PLAZA FURNITURE
470 SEVENTH AVENUE
(Between 35th & 36th Streets)
NEW YORK, NY 10018
12th Floor

**UPP**

TEL. (212) 947-7453 • FAX (212) 643-0092

INVOICE NO. 9125

Date: 10/2/05

M: Patrick Willis
Delivery Address: 106 W 142 St   Apt. 5B
City: NY   State: NY   Zip: 10030
Home Phone: 212-234-4711
Business Phone: —

Salesperson: ___
*APPROXIMATE Delivery Date ___
*See Reverse Side for Conditions.

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | legacy rhythm | |
| 1 | 460-440 leather platform HB — PW | |
| 1 | 460-4415 platform FB | |
| 1 | 460-4907 wood platform/rail | |
| | 10/13/05 — bed dresser Magnussen | |
| 1 | 71162 B — Queen Sleigh Bed — PW | 1350 |
| | incl — HB — FB — rails | 65 |
| | | 118 50 |
| | | 1533 50 |
| | Friends will walk up bed to 5th floor | -200 |
| | Delivery men will set up | 1333 50 |
| | 10/7 | 200 |
| | If delivery men have to bring up stairs — there will be additional charge — SEE BACK   PW | 1133 50 |

Source: Margo Wade

T.M.: P+B 4C
Del. Charge: —
Sub Total:
% Tax: 76 50
Total: 990
Deposit: 200
Balance: 790

C.O.D.
Payable by:
Certified Check,
Money Order
or Cash.

$ 1133 50
PW

A minimum deposit of 30% is required for all orders.
I hereby agree to the terms & conditions as stated on the reverse side of this invoice/contract.

X Patrick Willis
PURCHASER'S SIGNATURE

ECF        Civil Action 07 CV 09240 (DLC)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICK WILLIS,

        Plaintiff,

   -against-

THE CITY OF NEW YORK and
"JOHN DOE" POLICE OFFICERS
INDIVIDUALLY TRUE NAMES UNKNOWN,

        Defendants
------------------------------------------------------------X

## RULE 26 (a) (1) DISCLOSURES

YALKUT & ISRAEL
Attorneys for Plaintiff
175 Main Street
White Plains, New York 10601
(914) 686-9393

To: MICHAEL A. CARDOZO

    Attorney for Defendant