```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
PATRICK WILLIS,                             :
                    Plaintiff,              :      07 Civ. 9240
                                            :      (DLC)(MHD)
         -v-                                :
                                            :      ORDER OF
THE CITY OF NEW YORK and "JOHN DOE" POLICE  :      REFERENCE TO A
OFFICERS INDIVIDUALLY TRUE NAMES UNKNOWN,   :      MAGISTRATE JUDGE
                    Defendants.             :
-------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes              ___  Consent under 28 U.S.C. §
     scheduling, discovery, non-                  636(c) for all purposes
     dispositive pretrial motions,                (including trial)
     and settlement)

 X   Specific Non-Dispositive               ___  Consent under 28 U.S.C. §
     Motion/Dispute*                              636(c) for limited purpose
                                                  (e.g., dispositive motion,
     Plaintiff's Deposition                       preliminary injunction)
                                                  Purpose:


     If referral is for discovery        ___  Habeas Corpus
     disputes when the District
     Judge is unavailable, the
     time period of the referral:
     August 22, 2008

___  Settlement*                         ___  Social Security

___  Inquest After Default/Damages       ___  Dispositive Motion (i.e.,
     Hearing                                  motion requiring a Report
                                              and Recommendation)
                                              Particular Motion:


     SO ORDERED:

Dated:    New York, New York
          August 22, 2008

                                         _____
                                         United States District Judge
                                         Sidney H. Stein